FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUL 30 2010

Stephan Harris, Clerk
Cheyenne

ORIGINAL

Bruce Salzburg
Attorney General

John W. Renneisen
Deputy Attorney General

Theodore R. Racines, WSB No. 6-3603
Senior Assistant Attorney General
123 State Capitol
Cheyenne, WY 82002
(307) 777-6886
(307) 777-8920 Facsimile

Attorneys for Defendant Matthew Miller

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| LETITIA C. ABROMATS<br>f/k/a Letitia C. Jennings,<br><br>    Plaintiff,<br><br>vs.<br><br>GEORGIA ANTLEY HUNT, et al.<br><br>    Defendants. | Civil Action No. 08-CV-129 D |

### NOTICE OF APPEAL

COMES NOW Defendant, Matthew Miller, in his individual capacity, by and through the Wyoming Attorney General's Office, and hereby submits this Notice of Appeal pursuant to FED. R. APP. P. 3. Notice is hereby given that Defendant Miller appeals to the United States Court of Appeals for the Tenth Circuit from the Order on Summary Judgment, [Docket No. 148] entered July 28, 2010.

Receipt # 4400965O
Summons: ___ issued
___ not issued

In particular, Defendant Miller appeals the District Court's denial of Miller's motion for summary judgment with respect to Count II - Plaintiff's claim for selective enforcement. An appeal of the District Court's decision is permitted by law as a matter of right pursuant to FED. R. APP. P. 3. *See Mitchell v. Forsyth*, 472 U.S. 511 (1985).

DATED this 30th day of July 2010.

Theodore R. Racines, WSB No. 6-3603
Senior Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2010, the foregoing was filed and served via U.S. Mail, postage prepaid upon the following:

Philip E. Abromats
P.O. Box 827
Greybull, WY 82426

Thomas Buck
Bailey & Wyant P.L.L.C.
1219 Chapline Street
Wheeling, WV 26003

Larry B. Jones
William L. Simpson
Simpson Kepler & Edwards, LLC
P.O. Box 490
Cody, WY 82414

Office of the Wyoming Attorney General

*Abromats v. Hunt, et al.*, Case No. 08-CV-129-D
NOTICE OF APPEAL
Page 2 of 2